*Judge Berman*

07 CIV 8819

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES LEBOW and THE LAW OFFICE
OF JAMES B. LEBOW,                                          07 Civ. **8819** ( **RMB** )

            Plaintiffs,

  - against -                                         ORDER ~~TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION AND~~ **RMB**
~~TEMPORARY RESTRAINING ORDER~~

MINTZ & FRAADE, P.C., FREDERICK
MINTZ, ALAN FRAADE, WARREN
PEARL, ROBERT CHIRA, THE LAW         USDC SDNY
OFFICES OF ROBERT CHIRA AND          DOCUMENT
ASSOCIATES, and JOHN DOE,            ELECTRONICALLY FILED

            Defendants.                   DATE FILED: **10/12/07**
------------------------------------------------------------X

      Upon the affidavit of James B. LeBow, sworn to this 10th day of October, 2007, and upon the copy of the complaint hereto annexed, it is

      ORDERED that the above named defendants **APPEAR FOR A CONFERENCE** ~~show cause before a motion term of~~ this Court, at Room **21D**, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on **Oct. 18**, 2007 at **2:30** o'clock in the **AFTER** noon thereof, ~~or as soon thereafter as counsel may be heard~~ **TO DISCUSS**, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from taking any action to evict Plaintiffs, removing any of Plaintiff's equipment from their offices or cubicles, disconnecting Plaintiff's internet or telephone service (telephone service must be restored and office telephones returned to Plaintiff's offices and cubicles), charging plaintiffs more than their pro rata share of the utilities, preventing Plaintiff and its/his employees and staff from using the kitchen or any of the other common areas in the office suite, and in anyway otherwise harassing Plaintiff and/or its attorneys and staff or taking any retaliatory action against same; and it is further

~~ORDERED, that sufficient reason having been shown therefor, pending the hearing of plaintiffs' motion for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the plaintiff is temporarily enjoined from taking any action to evict Plaintiffs, removing any of Plaintiff's equipment from their offices or cubicles, disconnecting Plaintiff's internet or telephone service (telephone service must be restored and office telephones returned to Plaintiff's offices and cubicles), charging Plaintiffs more than their pro rata share of the utilities, preventing Plaintiff and its/his employees and staff from using the kitchen or any of the other common areas in the office suite, and in anyway otherwise harassing Plaintiff and/or its attorneys and staff or taking any retaliatory action against same; and it is further,~~ **RMB**

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before **5:00** o'clock in the **AFTER** noon, **OCT. 15**, 2007 shall be deemed good and sufficient service thereof. **ANY RESPONSE SHOULD BE FILED BY NOON ON OCT. 17, 2007.** *

Dated: New York, New York
      October ~~10~~, 2007
Issued: **10**

*Richard A. Berman*
United States District Court Judge

\* THE PARTIES SHOULD ENGAGE IN GOOD FAITH SETTLEMENT DISCUSSION PRIOR TO THE CONFERENCE ON OCT. 18, 2007.