UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES B. LEBOW and THE LAW OFFICE OF :
JAMES B. LEBOW, :
      Plaintiffs, : 07 Civ. 8819 (RMB)
       :
   -against- : **ORDER OF DISCONTINUANCE**
       :
MINTZ & FRAADE, P.C., FREDERICK MINTZ, :
ALAN FRAADE, WARREN PEARL, ROBERT :
CHIRA, THE OFFICES OF ROBERT CHIRA :
AND ASSOCIATES, and JOHN DOE, :
       :
      Defendants. :
------------------------------------------------------------X

  Based upon the terms of the settlement agreement placed on the record in open court on October 30, 2007 as reflected in the transcript of proceedings (and <u>not</u> any subsequent additional terms such as those contained in Mr. LeBow's letter of October 31, 2007), it is hereby

  **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
   October 31, 2007

                  *RMB*
                Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007