UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES B. LEBOW and THE LAW OFFICE OF :
JAMES B. LEBOW, :
                     Plaintiffs, : 07 Civ. 8819 (RMB)
                                               :
           -against- : **ORDER**
                                               :
MINTZ & FRAADE, P.C., FREDERICK MINTZ, :
ALAN FRAADE, WARREN PEARL, ROBERT :
CHIRA, THE OFFICES OF ROBERT CHIRA :
AND ASSOCIATES, and JOHN DOE, :
                     Defendants. :
-------------------------------------------------------------X

       The Court is in receipt of Robert Chira's letter, dated November 8, 2007, and James B. LeBow's letter of November 14, 2007. While the Court appreciates that feelings run high in this case and understands the circumstances outlined both letters, the above-entitled action has settled and the case is closed. (See Order of Discontinuance, dated Oct. 31, 2007; Tr. of Proceedings, dated Oct. 30, 2007.) It is not appropriate to entertain further motions.

Dated: New York, New York
        November 14, 2007

                                                                  /s/ RMB
                                             Richard M. Berman, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-07